ELISCH v. MAYOR OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Charles Elisch against the mayor of the city of New York. No opinion. Motion denied, with $10 costs.

ELLIS, Respondent, v. DE CASTILLIA et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 7, 1897.) Action by Augustus V. H. Ellis, as committee, etc., of Margaret McConnell, an incompetent person, respondent, against Florence De Castillia, impleaded, etc., appellants. No opinion. Judgment affirmed, with costs.

ELLISON et al., Respondents, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Nathaniel B. Ellison, Frank T. Ellison, and. Mamie Ellison against Joseph A. Smith and Clara L. Smith. No opinion. Judgment affirmed, with costs.

EMPIRE LUMBER CO., Appellant, v. McLEAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Empire Lumber Company against Hugh McLean and others. No opinion. Appeal dismissed, with costs. Boechat v. Brown, 9 App. Div. 369, 41 N. Y. Supp. 467.

EVANS v. FARRAR et al. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Mary Evans against John R. Farrar, impleaded. No opinion. Motion denied.

FAHY v. CITY OF HORNELLSVILLE et al. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by James Fahy against the city of Hornellsville and others. No opinion. Motion to dismiss appeals denied, and the defendants the Bank of Hornellsville and others ' allowed 40 additional days "to make and serve amendments to the proposed case of the plaintiff, James Fahy." No costs are allowed to any of the parties.

FIRST NAT. BANK OF GROTON, Respondent, v. ARMSTRONG, Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by the First National Bank of Groton against Joseph Armstrong. No opinion. Judgment affirmed, with costs.

FITZMAHONY, Appellant, v. CAULFIELD et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 7, 1897.) Action by Marie J. Fitzmahony, as administratrix, etc., against George Caulfield and Ellen Caulfield. No opinion. Order reversed on authority of Good v. Daland, 119 N. Y. 153, 23 N. Y. Supp. 474. The admission was merely that the attorney had been served with a copy of the paper, not that the paper was a correct copy of the judgment. Plaintiff's motion granted. No costs of this appeal, but appellant may have her disbursements. See 33 N. Y. Supp. 876.

FLANDROW v. HAMMOND. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by William H: Flandrow against Henry B. Hammond. No opinion. Motion granted. See 43 N. Y. Supp. 143.

In re FLEMING. (Supreme Court, Appellate Division, Second Department. July 7, 1897.) In the matter of the application of Lorenzo D. Fleming. No opinion. Application granted, and applicant may take the oath at the opening of the court on any day. See 45 N. Y. Supp. 1139.

FLYNN, Respondent, v. LYNCH et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1897.) Action by Susan A. G. Flynn against Mary Lynch, impleaded. T. H. Friend, for appellants. J. A. McCreery, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FORD, Appellant, v. FORD, Respondent. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by Eva V. Ford, as administratrix, etc., against Henry A. Ford. No opinion. Judgment affirmed, with costs.

FREEMAN v. McGUIRE et al. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Hoyt H. Freeman against James K. McGuire, as mayor of the city of Syracuse, and others. No opinion. Motion for leave to place the case upon the calendar of the present term denied, without costs.

FREY v. NASSAU ELECTRIC R. CO. (Supreme Court, Appellate Division, Second Department. July 13, 1897.) Action by one Frey against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

FREY, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 15, 1897.) Action by William Frey against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

GALEY v. GAGE. (Supreme Court, Appellate Term. July 29, 1897.) Action by H. B. Galey against Otis S. Gage. No opinion. Appeal dismissed.

GARDINIER, Appellant, v. BULGER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Wilson H. Gardinier against Charles N. Bulger, Amos Allport, and Hiram Eldred. No